IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOSE LOZANO,** § | | |
| § | | |
| Plaintiff, § | | |
| § | | |
| v. § | Civil Action No. 3:11-cv-3560-O | |
| § | | |
| **CITY OF DALLAS, et al.,** § | | |
| § | | |
| Defendants. § | | |
| § | | |

**ORDER ACCEPTING FINDINGS, CONCLUSIONS, AND RECOMMENDATION
OF THE UNITED STATES MAGISTRATE JUDGE**

The United States Magistrate Judge made findings, conclusions and a recommendation in this case. No objections were filed. The District Court reviewed the proposed findings, conclusions and recommendation for plain error. Finding none, the Court **ACCEPTS** the Findings, Conclusions and Recommendation of the United States Magistrate Judge.

Accordingly, Plaintiff's claims against the Dallas Police Department and its Gang Unit, Dallas County Sheriff Lupe Valdez, and Dallas County Deputy Clerk Evette Lamb are **DISMISSED**. Plaintiff's claims against the unnamed Dallas police officers are **STAYED** until the state criminal charges against Plaintiff are finally resolved.

**SO ORDERED** on this **12th day** of **March, 2012.**

_Reed O'Connor_
**Reed O'Connor**
**UNITED STATES DISTRICT JUDGE**